# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

131509

RICHARD EDWIN BOWMAN, II,
      Plaintiff-Appellee,

v

SANDRA DENISE SOUTHWICK,
a/k/a SANDRA DENISE BOWMAN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131509
COA: 267381
Iosco CC: 99-001582-DM

      On order of the Court, the application for leave to appeal the May 26, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006                           _____
                                                Clerk

l0918